No. 99–1909. Magic Restaurants, Inc., et al. v. Bowie Produce Co., Inc., et al. C. A. 3d Cir. Certiorari denied.

No. 99–1910. Dezaio v. Port Authority of New York and New Jersey. C. A. 2d Cir. Certiorari denied.

No. 99–1911. Chi-Ming Chow v. Michigan Attorney Grievance Commission (two judgments). Sup. Ct. Mich. Certiorari denied.

No. 99–1912. Frito-Lay, Inc. v. Huntley et al. Ct. App. Wash. Certiorari denied.

No. 99–1913. Town of Norwood v. New England Power Co. et al. C. A. 1st Cir. Certiorari denied.

No. 99–1914. Town of Norwood v. Federal Energy Regulatory Commission. C. A. 1st Cir. Certiorari denied.

No. 99–1915. Messenger v. Gruner + Jahr Printing and Publishing, aka Gruner + Jahr, USA. C. A. 2d Cir. Certiorari denied.

No. 99–1919. Kruger et al. v. Garden District Assn. et al. C. A. 5th Cir. Certiorari denied.

No. 99–1920. Balanay v. Hawaii. Int. Ct. App. Haw. Certiorari denied.

No. 99–1922. Friedman v. Stegall, Warden. C. A. 6th Cir. Certiorari denied.

No. 99–1923. Youghiogheny & Ohio Coal Co. v. Milliken et al. C. A. 6th Cir. Certiorari denied.

No. 99–1924. Oji Paper Co., Ltd. v. Execu-Tech Business Systems, Inc. Sup. Ct. Fla. Certiorari denied.